# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. **CV 21-04820 DSF (Ex)**                                    Date **February 23, 2022**

Title: **United States of America v. John Q. Rodgers**

Present: The Honorable **Dale S. Fischer**

|  Renee Fisher  |  None  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Plaintiffs:               Attorneys Present for Defendants:

None                                            None

Proceedings:   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated **10/14/2021**.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☒ Entered **JS-6**_____.

Initials of Preparer     **rf**

CV-74 (10/08)                CIVIL MINUTES -REOPENING/CLOSING